IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GOLDEN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PCF STATE RESTORATIONS, INC.,<br><br>Defendant. | C.A. No. 1:17-cv-05390-CM |

## **NOTICE OF MOTION**

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Federal Insurance Company's Motion to Intervene, Federal Insurance Company hereby respectfully moves before the Honorable Barbara C. Moses, United States Magistrate Judge, in Courtroom 9A of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order, pursuant to Federal Rules of Civil Procedure 24(a)(2) and (b)(2), permitting Federal Insurance Company to intervene in the above-captioned matter.

Dated: November 21, 2017
       New York, NY

                Respectfully Submitted,

                COZEN O'CONNOR

                */s/ Rachel H. Bevans*
                John J. McDonough, Esq.
                Adam I. Stein, Esq. (AS6785)
                Rachel H. Bevans, Esq. (RB4470)
                *Attorneys for Intervenor*
                *Federal Insurance Company*
                45 Broadway Atrium, 16th Floor
                New York, New York 10006
                (212) 509-9400

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2017, a true and correct copy of Federal Insurance Company's NOTICE OF MOTION TO INTERVENE was served on the following counsel via the Court's CM/ECF system.

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP
*Attorneys for Plaintiff*
*Golden Insurance Company*
1 Crossroads Drive, Suite 102A
Bedminister, NJ 07921
(973) 242 - 1364

Michael F. Mongelli, Esq.
MICHAEL F. MONGELLI, P.C.
*Attorneys for Defendant PCF State*
*Restorations, Inc.*
41-07 162nd Street
Flushing, NY 11358

A courtesy copy was also mailed to the above addresses via regular mail.

Respectfully Submitted,

_/s/ Rachel H. Bevans_
Rachel H. Bevans, Esq. (RB4470)
COZEN O'CONNOR
*Attorneys for Intervenor*
*Federal Insurance Company*
45 Broadway Atrium, 16th Floor
New York, New York 10006
(212) 509-9400