USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GOLDEN INSURANCE COMPANY,

Plaintiff,

-against-

PCF STATE RESTORATION, INC., et al.,

Defendants.

17-CV-5390 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Judge Moses will conduct a telephonic status conference on **February 26, 2020, at 11:00 a.m.** Counsel for the parties are directed to call (212) 805-0228 at that time, with all attorneys on one line. The purpose of the telephonic status conference is to discuss the need (if any) and schedule (if necessary) for any remaining proceedings in this action in light of Judge Swain's Memorandum Order dated February 11, 2010 (Dkt. No. 164). No later than **February 19, 2020**, the parties shall file a joint letter providing the Court with their positions on those topics.

Dated: New York, New York
February 11, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**